B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lansdale, William M.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Bit Lansdale** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-4293** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**350 Ocean Avenue**<br>**Seal Beach, CA**<br>ZIP Code **90740** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ■<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lansdale, William M.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　(Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>　　　_____<br>　　　(Name of landlord that obtained judgment)<br><br><br>　　　_____<br>　　　(Address of landlord)<br><br>☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Lansdale, William M.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *William M Lansdale*
Signature of Debtor  **William M. Lansdale**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

*11-16-09*
Date

### Signature of Attorney*

X *Jeffrey M Pomerantz*
Signature of Attorney for Debtor(s)

**Jeffrey N. Pomerantz CA Bar No. 143717**
Printed Name of Attorney for Debtor(s)

**Pachulski Stang Ziehl & Jones LLP**
Firm Name

**10100 Santa Monica Blvd**
**11th Floor**
**Los Angeles, CA 90067**
_____
Address

**310/277-6910  Fax: 310/201-0760**
Telephone Number

*November 20, 2009*  **CA Bar No. 143717**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

## United States Bankruptcy Court
### Central District of California

In re   __William M. Lansdale_____    Case No. _____
                                    Debtor(s)    Chapter    __11_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _William M. Lansdale_
                     **William M. Lansdale**

Date: _11-16-09_

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **William M. Lansdale**
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)<br>Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| VIBIR c/o Joanne E. Bozzuto, Receiver<br>VI Department of Justice<br>GERS Complex, 2nd Floor<br>34-38 Kronprindsens Gade<br>St Thomas, VI 00802 | Joanne Bozzuto<br>VIBIR c/o Joanne E. Bozzuto<br>VI Department of Justice<br>GERS Complex, 2nd Floor<br>St Thomas, VI 00802<br>(304) 776-7472 | Contract | Contingent, unliquidated and disputed | Unknown |
| Rufus Rhoades<br>350 West Colorado Blvd<br>Suite 500<br>Pasadena, CA 91109 | Rufus Rhoades<br>350 West Colorado Blvd<br>Suite 500<br>Pasadena, CA 91109<br>(626) 683-4566 | Contract | Contingent | 3,000,000.00 |
| Mary Lou Narz<br>16222 Monterey Lane<br>Space 296<br>Huntington Beach, CA 92649 | Mary Lou Narz<br>16222 Monterey Lane<br>Space 296<br>Huntington Beach, CA 92649<br>(562)716-5111 | Promissory Note | | 426,832.70 |
| JP Morgan Chase & Co<br>c/o Dudley Clark & Chan LLP<br>9720 Estate Thomas (Havensight)<br>St. Thomas, V.I. 00802 | Carol A Rich (attorney for JP Morgan Chase)<br>c/o Dudley Clark & Chan LLP<br>9720 Estate Thomas (Havensight)<br>St. Thomas, V.I. 00802<br>(340) 776-7474 | Lawsuit | Disputed | 600,000.00 |
| Bradley Allen Scherer<br>4656 South Shore Blvd<br>West Palm Beach, FL 33414 | Bradley Allen Scherer<br>4656 South Shore Blvd<br>West Palm Beach, FL 33414<br>(561) 832-3400 | Oil or Gas Royalties | | 13,631.69 |
| Tiger Cased Hole-Services Inc<br>PO Box 91535<br>Long Beach, CA 90809 | Credit Department<br>Tiger Cased Hole-Services Inc<br>PO Box 91535<br>Long Beach, CA 90809<br>(562) 426-4044 | Vendor | | 13,549.54 |
| Anterra Energy Services Inc<br>2221 Sturgis Road<br>Suite E<br>Oxnard, CA 93030 | Credit Department<br>Anterra Energy Services Inc<br>2221 Sturgis Road<br>Suite E<br>Oxnard, CA 93030<br>(805) 981-4053 | Vendor | | 12,597.77 |

B4 (Official Form 4) (12/07) - Cont.

In re   **William M. Lansdale** _____   Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| Margaret Galbraith Escrow Agent<br>Karl and Tina Rodi Family Trust<br>2600 Mission Street<br>#200<br>San Marino, CA 91108 | Margaret Galbraith<br>Margaret Galbraith Escrow Agent<br>Karl and Tina Rodi Family Trust<br>2600 Mission Street<br>San Marino, CA 91108<br>(626) 795-5700 | Oil or Gas Royalties | | 11,559.68 |
| John M Phillips Oilfield Equipment<br>2755 Dawson Ave<br>Signal Hill, CA 90755 | John M. Phillips<br>John M Phillips Oilfield Equipment<br>2755 Dawson Ave<br>Signal Hill, CA 90755<br>(562) 596-7363 | Vendor | | 10,353.99 |
| Wayne Andrew Fenner Mullin<br>13331 Moorpark Street<br>#233<br>Sherman Oaks, CA 91423 | Wayne Andrew Fenner Mullin<br>13331 Moorpark Street<br>#233<br>Sherman Oaks, CA 91423<br>(818) 728-1456 | Oil or Gas Royalties | | 6,870.37 |
| John Mullin<br>2033 Monterey Road<br>South Pasadena, CA 91030 | John Mullin<br>2033 Monterey Road<br>South Pasadena, CA 91030<br>(626) 799-3414 | Oil Royalties | | 6,870.37 |
| TMG Transportation<br>PO Box 5547<br>Fullerton, CA 92838 | Credit Department<br>TMG Transportation<br>PO Box 5547<br>Fullerton, CA 92838<br>(714) 822-5438 | Vendor | | 5,315.00 |
| H&H Casing Services<br>PO Box 129<br>Cypress, CA  90630 | Credit Department<br>H&H Casing Services<br>PO Box 129<br>Cypress, CA  90630<br>Whittier, CA 90603<br>(714) 827-7504 | Vendor | | 4,317.49 |
| Margaret Scherer<br>417 Primavera Way<br>33480<br>Palm Beach, FL 33480 | Margaret Scherer<br>417 Primavera Way<br>Palm Beach, FL 33480<br>(561) 655-2373 | Oil or Gas Royalties | | 3,398.52 |
| Margaret Galbraith<br>2600 Mission Street<br>#200<br>San Marino, CA 91108 | Margaret Galbraith<br>2600 Mission Street<br>#200<br>San Marino, CA 91108<br>(626) 795-5700 | Oil or Gas Royalties | | 2,216.90 |
| Lucy Lyons<br>929 La Salle<br>Louisville, CO 80027 | Lucy Lyons<br>929 La Salle<br>Louisville, CO 80027<br>(303) 543-9470 | Oil or Gas Royalties | | 554.22 |

B4 (Official Form 4) (12/07) - Cont.

In re __William M. Lansdale_____      Case No. _____

      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) <br><br>*Name of creditor and complete mailing address including zip code* | (2) <br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Affordable Tank Rentals**<br>**3806 Madonna Drive**<br>**Fullerton, CA 92835** | **Credit Department**<br>**Affordable Tank Rentals**<br>**3806 Madonna Drive**<br>**Fullerton, CA 92835**<br>**(714) 231-3644** | **Vendor** | | **480.00** |
| **John Guzman Crane Service**<br>**24824 Seagrove Ave**<br>**Wilmington, CA 90744** | **John Guzman**<br>**John Guzman Crane Service**<br>**24824 Seagrove Ave**<br>**Wilmington, CA 90744**<br>**(562) 492-6688** | **Vendor** | | **180.00** |
| **Glenarvon Behymer Jr**<br>**3316 North Elm Place**<br>**Bethany, OK 72008** | **Glenarvon Behymer Jr**<br>**3316 North Elm Place**<br>**Bethany, OK 72008**<br>**(405) 470-3881** | **Oil or Gas**<br>**Royalties** | | **110.84** |
| **Arvonne Degenfelder**<br>**2422 Duraznitas Place**<br>**Ramona, CA 92065** | **Arvonne Degenfelder**<br>**2422 Duraznitas Place**<br>**Ramona, CA 92065**<br>**(760) 789-1716** | **Oil or Gas**<br>**Royalties** | | **110.84** |

## DECLARATION OF DEBTOR'S LIST OF

## CREDITORS HOLDING TWENTY (20) LARGEST UNSECURED CLAIMS

 

      I declare under penalty of perjury that I have read the foregoing list contained in the
Debtor's List of Creditors Holding Twenty (20) Largest Unsecured Claims and that they are true
and correct to the best of my knowledge, information and belief.

 

 

Dated: *11-16-09*

_____
William M. Lansdale

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Seal Beach_ , California.

Dated _11-16-09_

_William M. Lansdale_
**William M. Lansdale**
Debtor

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

_Revised May 2004_

**F 1015-2.1**

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Name:    **Jeffrey N. Pomerantz**
Address:    **10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067**
Telephone: **310/277-6910**        Fax:    **310/201-0760**

■A  ttorney for Debtor
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years:<br><br>**William M. Lansdale<br>   AKA Bit Lansdale** | Case No.:<br><br>**NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.    **Services Available from Credit Counseling Agencies**

   **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

   **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

   **Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
   1.    Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
   2.    Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
   3.    The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

B201 - Notice of Available Chapters (Rev. 12/08)                                        USBC, Central District of California

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3.** **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of the Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

William M. Lansdale                              X _William M. Lansdale_ 11-16-0⁹
_____                 _____
Printed Name(s) of Debtor(s)                     Signature of Debtor            Date

Case No. (if known) _____      X _____
                                                 Signature of Joint Debtor (if any)   Date

February 2006                                                                                    2006 USBC Central District of California

## United States Bankruptcy Court
### Central District of California

In re   **William M. Lansdale**                                                    Case No.   _____
                                                      Debtor(s)                    Chapter    **11**  _____

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
# PURSUANT TO 11 U.S.C. § 521 (a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to <u>one</u> of the following statements:

I,  **William M. Lansdale** , the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐      I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income
       for the 60-day period prior to the date of the filing of my bankruptcy petition.
       (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

■      I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
       received no payment from any other employer.

☐      I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


I, __, the debtor in this case, declare under penalty of perjury under the laws of the United States of America that:

☐      I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income
       for the 60-day period prior to the date of the filing of my bankruptcy petition.
       (*NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.*)

☐      I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and
       received no payment from any other employer.

☐      I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.


Date  _/ /—/ 6 - 0 9_          Signature  _William M Lansdale_
                                          **William M. Lansdale**
                                          Debtor

Verification of Creditor Mailing List - (Rev. 10/05)                                                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name      **Jeffrey N. Pomerantz**

Address   **10100 Santa Monica Blvd 11th Floor Los Angeles, CA 90067**

Telephone  **310/277-6910 Fax: 310/210/0760**

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**William M. Lansdale**<br>**AKA Bit Lansdale** | Case No.: |
| | Chapter:      **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __15__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:  _11-16-09_                      _William M. Lansdale_

**William M. Lansdale**
Signature of Debtor

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

William M. Lansdale
350 Ocean Avenue
Seal Beach, CA 90740


Jeffrey N. Pomerantz
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd
11th Floor
Los Angeles, CA 90067


United States Trustee
411 West Fourth Street
Suite 9041
Santa Ana, CA 92701

ABZ Pest Control
17546 Studebaker Road
Cerritos, CA 90703


Affordable Tank Rentals
3806 Madonna Drive
Fullerton, CA 92835


Allenco
2109 Gundry Ave
Signal Hill, CA 90755


Allied Waste
12949 Telegraph Road
Santa Fe Springs, CA 90670


American Express
PO Box 0001
Los Angeles, CA 90096-8000


Anterra Energy Services Inc
2221 Sturgis Road
Suite E
Oxnard, CA 93030


Anthem Blue Cross
PO Box 60007
Los Angeles, CA 90060


Anthem Blue Cross
PO Box 9051
Oxnard, CA 93031

Arrowhead
6661 Dixie Hwy Suite 4
Louisville, KY 40258


Arvonne Degenfelder
2422 Duraznitas Place
Ramona, CA 92065


Auto Club of Southern California
PO Box 25005
Santa Ana, CA 92799


Avante Environmental
2472 Chambers Road
Tustin, CA 92780


Avaya
PO Box 550599
Jacksonville, FL 32255


Baker Hughes
PO Box 200415
Houston, TX 77216


Bank Of America
PO Box 15026
Wilmington, DE 19850


Barbara Elam
133 Lark Lane
Mill Valley, CA 94941

Barbara Lee Quigley
832 Hogan Mountain Road
Hot Springs, NC 28743


Barkley Environmental
1740 West Katella
Suite D
Orange, CA 92867


Bart F Higgins
Special Assistant Attorney General
Shields Britton & Fraser PC
5401 Village Creek Drive
Plano, TX 75093


Best Best & Krieger
Attn  Brant Dveirin
3750 University Avenue
Suite 400
Riverside, CA 92502


Black Gold Pump and Supply
PO Box 16007
Long Beach, CA 90806


Blue Shield
PO Box 629013
El Dorado Hills, CA 95762


Boyd L. Sprehn
Law Offices of John H. Benham PC
PO Box 11720
St Thomas, VI 00801


Bradley Allen Scherer
4656 South Shore Blvd
West Palm Beach, FL 33414

Brady Pool & Spa
1116 England Street
Huntington Beach, CA 92648


Breast Imaging Radiologists
PO Box 19296
Newbury Park, CA 91319


CAPAX Giddings Corby Hynes
1150 Ninth Street
Suite 1400
Modesto, CA 95354


Cardiovascular Care
3801 Katella
Suite 401
Los Alamitos, CA 90720


Charles Marshall
2595 Sycamore Drive
San Marino, CA 91108


Chevron & Texaco
PO Box 9560
Concord, CA 94524


City of Long Beach
Dept of Financial Management
333 West Ocean Blvd
Long Beach, CA 90802


City of Long Beach
PO Box 630
Long Beach, CA 90842-0001

City of Seal Beach
City Hall
211 Eighth Street
Seal Beach, CA 90740

City of Seal Beach
Processing Center
PO Box 11370
Santa Ana, CA 92711

Conservation Committee
California Oil and Gas Producers
5100 California Avene
Suite 200
Bakersfield, CA 93309

County Sanitation Districts
Los Angeles County
1955 Workman Mill Road
Whittier, CA 90607

Cox Castle Nicholson LLP
2049 Century Park East
28th Floor
Los Angeles, CA 90067

Dana W Behymer
Behymer Family Trust
18218 Paradise Mountain Road #190
Valley Center, CA 92082

Darby N. Moses & Associates
PO Box 280186
Denver, CO 80228

David Danney
4500 E Pacific Coast Highway
4th Floor
Long Beach, CA 90804

Davis Contractors
2055 Lees Avenue
Long Beach, CA 90815

Dept of Conservation
801 K Street MS 20 20
Sacramento, CA 95814

Dish Network
Dept 0063
Palatine, IL 60055

Edison
PO Box 6400
Rancho Cucamonga
Rancho Cucamonga, CA 91729

Fedex
PO Box 1938
Provo, UT 84603

Figari and Davenport LLP
3400 Bank of America Plaza
901 Main Street LB 125
Dallas, TX 75202

Fireman Fund Insurance
9444 Balboa Ave
San Diego, CA 92123

First Insurance Funding
PO Box 3306
Northbrook, IL 60065

Franchise Tax Board
Attention Bankruptcy
PO Box 2952
Sacramento, CA 95812


Franchise Tax Board
PO Box 942857
Sacramento, CA 94257


GEICO
One GEICO Plaza
Bethesda, MD 20810


George Hamilton Jones, Inc.
717 Lida Park Drive
Suite D
Newport Beach, CA 92663


Gerald Griffin
PO Box 70
Seal Beach, CA 90740


Gibbons PC
One Gateway Center
Newark, NJ 07102


Glenarvon Behymer Jr
3316 North Elm Place
Bethany, OK 72008


H&H Casing Services
PO Box 129
Cypress, CA 90630

Harbor Resources
4281 Katells Avenue
Suite
Los Alamitos, CA 90720


Healthplan Services, Inc.
PO Box 30102
Tampa, FL 33630


Hill Farrar & Burill LLP
Attn  Kevin Brogan
300 South Grand Avenue 37th Floor
Los Angeles, CA 90071


Home Depot
PO Box 6031
The Lakes, NV 88901


Indymac Bank
PO Box 4045
Kalamazoo, MI 49003


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Chief SPS
Mercantil Plaza Building
2 Avenue Ponce de Leon Ave Ste 914
San Juan, PR 00818-1693


Iver Stridiron Attorney General
Virgin Islands Dept of  Justice
48B-50C (8050) Kronprindsens Gade
St Thomas, VI 00802

James L Hymes III
Special Assistant Attorney General
Hymes & Zebedee PC
No. 10 Norre Gade Third Floor
St Thomas, VI 00804


Jitterburg
PO Box 4428
Carlsbad, CA 92018


John A Sopuch III
Sopuch Arnett Higgins & Gaubert LLP
4650 Trammell Crow Center
Dallas, TX 75201


John Guzman Crane Service
24824 Seagrove Ave
Wilmington, CA 90744


John Hancock Life Insurance
1 John Hancock Way
Suite 1700
Boston, MA 02217


John M  Phillips Oilfield Equipment
2755 Dawson Ave
Signal Hill, CA 90755


John Mullin
2033 Monterey Road
South Pasadena, CA 91030


JP Morgan Chase & Co
c/o Carol A Rich
Dudley Clark & Chan LLP
9720 Estate Thomas (Havensight)
St Thomas, VI 00802

JP Morgan Chase & Co.
c/o Lawrence M Hill Esq.
Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019


Julie Beberman
Chambers of the Hon Raymond Finch
3013 US District Court
3013 Estate Golden Rock
Christiansted, VI 00820


Katella Emergency Physicians
PO Box 41909
Philadelphia, PA 19101


Lacy Oil Tool
PO Box 695
Wilmington, CA 90748


Long Beach Memorial Medical Center
PO Box 1428
Long Beach, CA 90801


Los Alamitos Medical Center
Box 830913
Birmingham, AL 35283


Los Alamitos Radiology Group
Dept LA 21758
Pasadena, CA 91185


Los Angeles County Tax Collector
225 North Hill Street  Room 122
Los Angeles, CA 90012

Lucy Lyons
929 La Salle
Louisville, CO 80027

Lynda Morck
12686 Bull Lake Road
Troy, MT 59935

Margaret Galbraith
2600 Mission Street
#200
San Marino, CA 91108

Margaret Galbraith Escrow Agent
Karl and Tina Rodi Family Trust
2600 Mission Street
#200
San Marino, CA 91108

Margaret Scherer
417 Primavera Way
33480
Palm Beach, FL 33480

Maria Hodge
Hodge & Francois
1340 Taarneberg
St Thomas, VI 00802

Marianthi Lansdale
350 Ocean Avenue
Seal Beach, CA 90740

Marina Pacific LLC
File 1158
1801 W Olympic Blvd
Pasadena, CA 91199

Mary Lou Narz
16222 Monterey Lane
Space 296
Huntington Beach, CA 92649


Memorial Care
Patient Financial Services
PO Box 20894
Fountain Valley, CA 92728


Memorial Othro Surgery Medical Gr
PO Box 261430
San Diego, CA 92196


Memorial Pulmonary and Sleep Consul
701 E 28th Street
Suite 318
Long Beach, CA 90806


MT Associates Inc
Real Estate Appraisers & Consultant
31225 La Baya Drive
Suite 120
Thousand Oaks, CA 91362


Office of the VI Inspector General
2315 Kronprindsens Gade #75
St Thomas, VI 00802


Oil Well Service Co
1241 E Burnett
Signal Hill, CA 90755


Orthopedic Specialties of No County
3905 Waring Road
Oceanside, CA 92056

Patterson Welding
PO Box 204
Brea, CA 92822


Paul Juniper HOA
GRG Management, Inc.
PO Box 1186
Carlsbad, CA 92018


Peter Gelles
1801 Century Park East
Los Angeles, CA 90067


Platt Security
3275 East Grant Street
Suite D
Signal Hill, CA 90755


Principal Financial Group
Des Moines, IA 50392


Public Storage
7482 Garden Grove Blvd
Westminster, CA 92683


Richard Caldwell Smith
Shook Hardy & Bacon LLP
201 S. Biscayne Blvd
Ste 2400
Miami, FL 33131


Rim Operating
5 Inverness Drive East
Englewood, CO 80112

Robert Kettlewell, DDS
3142 Vista Way #305
Oceanside, CA 92056


Rufus Rhoades
350 West Colorado Blvd
Suite 500
Pasadena, CA 91109


Safeguard Business Systems
PO Box 1146
San Pedro, CA 90733


Samson Oil Co
301 Ultimo Avenue
Long Beach, CA 90814


Seabright Insurance
Lock Box 774268
4268 Solutions Center
Chicago, IL 60677


Shook Hardy & Bacon LLP
201 South Biscayne Blvd
Suite 2400
Miami, FL 33131


Sigmund Rosenfeld
1200 17th Street Suite 1025
Denver, CO 80202


Smith Paint
2875 Cherry Ave
Signal Hill, CA 90755

Southland Neurologic Association
3791 Katella Avenue Suite 106
Los Alamitos, CA 90720


Sparkletts
PO Box 660579
Dallas, TX 75266


Staples
Dept 51
7811679926
PO Box 689020
Des Moines, IA 50368


Stephen L. Newman
23041 Avenida De La Carlota
Suite 280
Laguna Hills, CA 92653


The Dock Company
15033 Bolsa Chica #104-131
Huntington Beach, CA 92649


The Gas Company
PO Box C
Monterey Park, CA 91756


Tiger Cased Hole-Services Inc
PO Box 91535
Long Beach, CA 90809


Time Warner Cable
13922 Seal Beach Blvd
Seal Beach, CA 90740

TMG Transportation
PO Box 5547
Fullerton, CA 92838


Unum
2211 Congress Street
Portland, ME 04122


US Attorney, District of VI
5500 Veteran's Drive
Suite 260
St Thomas, VI 00802


Verizon
PO Box 9688
Mission Hills, CA 91346


Verizon Wireless
PO Box 96099
Bellevue, WA 98009


VI Bureau of Internal Revenue
Attn Director
9601 Estate Thomas
St Thomas, VI 00802


VI Bureau of Internal Revenue
Attn Tamarah Parson-Smalls,
9601 Estate Thomas
St Thomas, VI 00802


VIBIR c/o Joanne Bozzuto/Receiver
VI Department of Justice
GERS Complex, 2nd Floor
34-38 Kronprindsens Gade
St Thomas, VI 00802

Vincent Frazer Attorney General
Virgin Islands Dept of Justice
48B-50C (8050) Kronprindsens Gade
St Thomas, VI 00802

Washington Mutual
PO Box 100576
Florence, SC 29502

Watts Benham & Sprehn PC
PO Box 11720
St Thomas, VI 00801-4720

Wayne Andrew Fenner Mullin
13331 Moorpark Street
#233
Sherman Oaks, CA 91423

Wells Fargo Card Services
PO Box 10347
Des Moines, IA 50306

Windes and McClaughry
111 West Ocean Blvd 22nd Floor
Long Beach, CA 90801